IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAGGED, INC.,

    Plaintiff,

v.

DOES 1 THROUGH 10 AS AFFILIATE PROGRAMS FOR WILDXXXFANTASIES.COM, et al.,

    Defendants

No. C 09-1710 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S ADMINISTRATIVE REQUEST FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE**

    Pursuant to Civil Local Rule 72-1, plaintiff's "Administrative Request Pursuant to Local Rule 7-11 for Leave to Take Discovery Prior to Rule 26 Conference," filed May 28, 2009, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

    **IT IS SO ORDERED**.

Dated: May 29, 2009

                                     MAXINE M. CHESNEY
                                     United States District Judge