1  Brian Hennessy (SBN 226721)
   E-mail: BHennessy@perkinscoie.com
2  **PERKINS COIE LLP**
   101 Jefferson Drive
3  Menlo Park, CA 94025-1114
4  Telephone: (650) 838-4300
   Facsimile: (650) 838-4350
5
   Attorneys for Plaintiff
6  Tagged, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 Tagged, Inc., a Delaware corporation,

                                              Case No. CV-09-1710 MMC
13                Plaintiff,
                                              [PROPOSED] ORDER GRANTING
14     v.                                     PLAINTIFF'S MOTION TO WITHDRAW
                                              DAVID P. CHIAPPETTA AS COUNSEL
15                                            OF RECORD FOR TAGGED, INC.
   Does 1 through 10 as Affiliate Programs
16 for WILDXXXFANTASIES.COM, and              Judge: Honorable Maxine M. Chesney
   Does 11 through 500 as Affiliate
17 Spammers for
   WILDXXXFANTASIES.COM,
18
                  Defendants.
19

20     Having reviewed Plaintiff Tagged, Inc.'s Notice of Motion and Motion to Withdraw David

21 P. Chiappetta as Counsel of Record for Plaintiff Tagged, Inc., and good cause appearing, the Court

22 orders that the motion is hereby GRANTED, and David P. Chiappetta is withdrawn as attorney of

23 record for Plaintiff Tagged, Inc.

24     **IT IS SO ORDERED.**

25 Dated: August 21, 2009

26                                            _____
                                              MAXINE M. CHESNEY
27                                            UNITED STATES DISTRICT COURT JUDGE

28 58520-0015/LEGAL16757292.1        -1-              Case No. CV-09-1710 MMC